No. 03–1440. Kalama Services, Inc., et al. v. Director, Office of Workers' Compensation Programs, Department

OF LABOR, ET AL., *ante*, p. 809. Motion of respondent Michael Ilaszczat for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Ninth Circuit.